In the Matter of the Application of ANTON STAUDT, Acting in His Capacity as Rector of the Oensbach Roman Catholic Church of Baden, Germany, Residuary Legatee and Devisee of PETER KUNZENBACHER, Deceased, Appellant, for a Determination as to the Construction or Effect of the Last Will and Testament of PETER KUNZENBACHER, Deceased. MICHAEL PILLER and Another, Executors, etc., Respondents.— Motion to vacate the order of this court dated October 7, 1932, dismissing appeal granted. The motion by respondents to dismiss the appeal is denied on condition that appellant perfect the appeal for the January, 1933, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of FRANK A. SEITZ, Deceased. STATE TAX COMMISSION, Appellant; SELMA SEIT and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See ante, p. 206.]

KEW ARMS, INC., Appellant, v. ROSE LEWIS FLEISCHMAN and Others, Defendants, and THE MANHATTAN SAVINGS INSTITUTION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JENNIE MANASIA, Respondent, v. NEW YORK CASUALTY COMPANY, Appellant. — Motion for leave to appeal to the Appellate Division granted. Motion for stay denied, no undertaking having been given. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

GEORGE W. REYNOLDS, Respondent, v. HELEN ANTMAN and 96 SOUTH GRAND AVENUE, INC., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ALBERT SALVATORE, Respondent, v. MARY S. REILLY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MILLIE SAVIANO, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

TAPPAN AND NYACK BUS, INC., Appellant, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Tompkins, J., not voting.

ANDREW VANDEMARK, Respondent, v. ALEXANDER M. KENNEDY, Doing Business under the Firm and Trade Name of A. M. KENNEDY TRANSPORTATION COMPANY, Defendant, and L. BEYER MOTOR COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.